WYNN, Circuit Judge, concurring in the judgment:
The only question we need to address in this appeal concerns the bankruptcy court’s discretion in ensuring that “the interests of the creditors and other interested entities, including the debtor, are sufficiently protected” under Chapter 15 of the Bankruptcy Code, 11 U.S.C. § 1522, and whether the bankruptcy court abused that discretion here. I agree with the majority opinion that in reviewing this issue, we look not to whether the record evidence “would lead us to the same conclusion” but that “[o]ur only task is to determine whether the bankruptcy court’s decision was reasonable.” In re Vitro S.A.B. de C.V., 701 F.3d 1031, 1069 (5th Cir.2012). Accordingly, I am happy to concur in the language in Parts I, II, and III of the majority opinion that analyzes and addresses only this issue. I do not join in Part IV because it is unnecessary dictum.